ORIGINAL

RECEIVED
OCT 9 2003
OFFICE OF THE CLERK
U.S. COURT OF FEDERAL CLAIMS

FORM 2
COVER SHEET

ECF

# In The United States Court of Federal Claims

Cover Sheet

Plaintiff(s) or Petitioner(s)

STEVE BERG

If this is a multi-plaintiff case, pursuant to RCFC 20(a), please attach an alphabetized, numbered list of all plaintiffs.

Name of the attorney of record (See RCFC 83.1(c)): Thomas Peters

Firm Name: Thomas Peters, Attorney at Law

Post Office Box: 542 S. Dearborn

Street Address: Suite 750

03-2351C

City-State-Zip: Chicago, ILL 60605

Telephone & Facsimile Numbers: 312-697-0022 - P
312-697-0812 - F

, the attorney of record admitted to the Court of Federal Claims Bar? ______

If **NO**, please call (202) 219-9630 for admission papers and instructions.

Nature of Suit Code: 1 1 4

Select only one (three digit) nature of suit code from attached sheet and if numbers 118, 134, 226, 312, 356, or 528 are used, please explain.

Agency Identification Code: 6 0 7

See attached sheet for three digit codes.

Amount Claimed: $ 500,000.00 plus

Use estimate if specific amount is not pleaded..

Vaccination Date (vaccine cases only) ______

If this is case directly related to any pending or previous case, you are required to file a separate notice of directly related case(s). See RCFC 40.2. — A notice is attached



5/1/02