ECF

ORIGINAL

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

FILED
OCT 9 2003
U.S. COURT OF FEDERAL CLAIMS

STEVE BERG, )
Plaintiff, )
v. )
UNITED STATES )
Defendant, )

03-2351C

PLAINTIFF'S NOTICE OF RELATED CASES

Now comes the Plaintiff, STEVE BERG, through his attorney, THOMAS PETERS, and pursuant to Rule 40.2 hereby notifies the Court as follows:

1. Plaintiff previously filed an identical claim, No. 03-489C.

2. The Defendant was served and filed a Motion to Dismiss.

3. Plaintiff responded to the Motion to Dismiss.

4. While that motion was pending, the Clerk's office notified Thomas Peters, Plaintiff's counsel, that he needed to apply for admission the United States Court of Federal Claims.

5. At approximately the same time, Plaintiff's counsel learned that one of his children had B-cell Lymphoma. Her illness resulted in weeks in the hospital and many return trips for chemotherapy and related treatments.

6. As a result of her illness, Thomas Peters neglected to file the application for admission.

7. The Court dismissed Plaintiff's claim, without prejudice, because the Court did not receive the necessary application for admission.

8. Thomas Peters now has filed the necessary application for admissions and was advised by the Clerk's office that he had been admitted.

9. There was not a ruling on the merits in Case No. 03-489C.

THOMAS PETERS
ATTORNEY FOR PLAINTIFF
542 S. Dearborn Street
Suite 750
Chicago, Illinois 60605
312-697-0022