IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| STEVE BERG | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 03-2351C |
| v. | ) | |
| | ) | (Judge Sypolt) |
| | ) | |
| THE UNITED STATES | ) | |
| | ) | |
| Defendant. | ) | |

NOTICE OF APPEARANCE

To the Clerk:

Please enter the appearance of CHRISTIAN J. MORAN as attorney of record for the United States. Service of all papers by opposing parties should be addressed as follows:

CHRISTIAN J. MORAN
Attorney
Commercial Litigation Branch
Civil Division
United States Department of Justice
Washington, D.C. 20530

Attention: Classification Unit
8th Floor, 1100 L Street, N.W.
Washington, DC 20530

s/ Christian J. Moran
CHRISTIAN J. MORAN
ATTORNEY
Commercial Litigation Branch
Civil Division
Department of Justice
Tele: (202) 514-7300
Fax: (202) 514-7969

Dated: November 3, 2003