# In the United States Court of Federal Claims

No. 03-2351C

(Filed January 28, 2004)

| | |
|---|---|
| ************************************ | |
| **STEVE BERG,** | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | * |
| | * |
| **THE UNITED STATES,** | * |
| | * |
| Defendant. | * |
| ************************************ | |

## <u>Order</u>

On October 9, 2003, the parties were informed pursuant to a Notice of Designation from the clerk's office that this case has been designated as an electronic case in the court's case management/electronic case filing (CM/ECF) system. That notice also informed the parties that they were required to "immediately obtain a CM/ECF account" and that the clerk's office would serve electronically-filed documents by mail for only thirty (30) days after the case is opened.

Although counsel for defendant has obtained an account, counsel for plaintiff has not. Therefore, plaintiff's counsel again is ordered to comply with the requirements of the notice, and respond to all pending motions (these may be viewed, prior to obtaining the required CM/ECF account, through the court's internet site at http://www.uscfc.uscourts.gov by obtaining a PACER log-in and password, which counsel can register for online at http://pacer.psc.uscourts.gov or by calling the PACER Service Center at (800) 676-6856 or (210) 301-6440).

Should plaintiff fail to comply with this order on or before February 6, 2004, the court immediately thereafter will issue an order requiring plaintiff to show cause why this case should not be dismissed for want of prosecution.

The clerk shall serve a courtesy copy of this order on plaintiff.

s/ Diane Gilbert Sypolt
DIANE GILBERT SYPOLT
Judge, U.S. Court of Federal Claims