# In the United States Court of Federal Claims

No. 03-2351C
**ELECTRONIC CASE FILING**

(Filed March 1, 2004)

| | |
|---|---|
| ****************************** | * |
| **STEVE BERG**, | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | * |
| | * |
| **THE UNITED STATES**, | * |
| | * |
| Defendant. | * |
| ****************************** | * |

**<u>Order</u>**

On February 26, 2004, plaintiff electronically filed a response to the court's February 10, 2004 order to show cause. The response is deficient because it was not signed by the attorney of record, as required by Paragraph 14 of the United States Court of Federal Claims General Order No. 42: "Each electronically-filed document shall include a signature block containing the typed name of the filer, preceded by an 's/'." The signed hard copy of the response submitted to the Clerk's office on February 27, 2004, shall be returned unfiled because the filings in this case are required to be made electronically.

Accordingly, the response shall be stricken from the docket. Plaintiff is granted leave to file, out of time, on or before March 10,

2004, a response to the show cause order complying with the rules of the court.

s/ Diane Gilbert Sypolt
DIANE GILBERT SYPOLT
Judge, U.S. Court of Federal Claims