# In the United States Court of Federal Claims

No. 03-2351C
**ELECTRONIC CASE FILING**

(Filed March 18, 2004)

| | |
|---|---|
| ****************************** | * |
| **STEVE BERG,** | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | * |
| | * |
| **THE UNITED STATES,** | * |
| | * |
| Defendant. | * |
| ****************************** | * |

**Order**

On March 10, 2004, plaintiff filed a response to the court's February 10, 2004 order to show cause. Plaintiff requests an enlargement to and including March 25, 2004 within which to respond to defendant's motion to dismiss. The enlargement is granted.

The court sympathizes with the personal concerns detailed in counsel's response. However these must be reconciled with his duties to his client, and as an officer of the court. If they cannot be, counsel should consider recommending that his client seek other legal representation. Additional motions for leave to file out of time, for enlargements of time, or to correct filing deficiencies will be granted only upon good cause shown, which showing shall be supported by affidavits or other admissible evidence.

s/ Diane Gilbert Sypolt
DIANE GILBERT SYPOLT
Judge, U.S. Court of Federal Claims