# In the United States Court of Federal Claims

No. 03-2351C
**ELECTRONIC CASE FILING**

(Filed April 6, 2004)

| | |
|---|---|
| ***************************** | * |
| **STEVE BERG**, | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | * |
| | * |
| **THE UNITED STATES**, | * |
| | * |
| Defendant. | * |
| ***************************** | * |

## Order

On March 26, 2004, plaintiff submitted his response to defendant's motion to dismiss. The response is deficient because it was due on March 25, 2004, and was not signed by the attorney of record, as required by the court's Chambers Procedures order filed January 27, 2004 and Paragraph 14 of the United States Court of Federal Claims General Order No. 42: "the name of the Filing User under whose log-in and password the document is submitted shall be preceded by an 's/' and be typed in the space where the signature would otherwise appear." Because the signature appeared below the signature line, it did not appear in the space where the signature would otherwise appear. Therefore, the response shall be filed by leave of the court.

s/ Diane Gilbert Sypolt
DIANE GILBERT SYPOLT
Judge, U.S. Court of Federal Claims