# In the United States Court of Federal Claims

**No. 03-2351 C**

**STEVE BERG,**

**JUDGMENT**

**v.**

**THE UNITED STATES**

Pursuant to the court's Opinion and Order, filed, January 31, 2005, granting defendant's motion to dismiss for lack of jurisdiction with respect to both plaintiff's breach of contract claim and taking claim,

IT IS ORDERED AND ADJUDGED this date, pursuant to Rule 58, that judgment is in favor of defendant.

Brian Bishop
Clerk of Court

**January 31, 2005** By: s/Lisa L. DeFade

Deputy Clerk

NOTE: As to appeal, 60 days from this date, see RCFC 58.1, re number of copies and listing of all plaintiffs. Filing fee is $255.00.